IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JENNIFER DAVIS,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **O'NEIL TRANSPORTATION** ) <br> **SERVICES, INC.,** ) <br> ) <br> **Defendant.** ) | **Civil Action No.:** <br> **2:20-cv-01390-ACA** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jennifer Davis ("Plaintiff") and Defendant O'Neil Transportation Services, Inc. ("Defendant") (collectively, herein after the "Parties"), file this joint stipulation of dismissal of all Plaintiff's claims against Defendant in the above-styled action. The Parties stipulate and agree that each and every claim against the Defendant be dismissed with prejudice, each party to bear his or its own costs and attorney fees.

Dated this 19th day of November 2021.

Respectfully submitted,

*/s/ Adam M. Porter*

Adam M. Porter
Adam M. Porter, LLC
2301 Morris Avenue, Ste 102
Birmingham, AL 35203
Telephone: (205) 322-8999
Facsimile: (205) 402-4619
adam@adamporterlaw.com

*Attorney for Plaintiff*

*/s/ T. Matthew Miller*

T. Matthew Miller
Cortlin Bond
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
mmiller@bradley.com
cbond@bradley.com

*Attorneys for Defendant*